[No. 5451-5-II.   Division Two.   November 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
EDWARD CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 80-1-00021-0, John W. Schumacher,
J., entered March 20, 1981. *Dismissed* by unpublished

opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.